**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>A PERMANENT EASEMENT FOR 0.62 ACRES AND TEMPORARY EASEMENTS FOR 0.48 ACRES, IN MASONVILLE, DELAWARE COUNTY, NEW YORK, TAX PARCEL NUMBER 160.-1-10, MARK E. ARCHAMBAULT, et al.<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 3:14-cv-02001-NAM-RFT<br><br>**Electronically Filed** |

**ORDER**

AND NOW, this 18th day of February, 2015, upon consideration of Plaintiff's Omnibus Motion for Preliminary Injunction for Possession of Rights of Way by February 16, 2015 Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the documents and arguments submitted in reference thereto, and the Motion is hereby GRANTED and:

(a) Upon filing the bond required below, beginning February 16, 2015, Plaintiff Constitution Pipeline Company, LLC ("Constitution") is granted access to, possession of and entry to the following Rights of Way:

1. A permanent right of way and easement, containing 0.62 acres, as described as "Area of Permanent Right of Way" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering, repairing, changing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment and launchers and receivers) for the transportation of natural gas, or its

byproducts, and other substances as approved by the Federal Energy Regulatory Commission pursuant to the Natural Gas Act and the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement. Defendants shall have a right of ingress and egress across the permanent right of way, but Defendants shall not build any permanent structures on said permanent right of way or any part thereof, shall not change the grade of said permanent right of way, or any part thereof, shall not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Plaintiff's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Plaintiff's lawful exercise of any of the rights herein granted without first having obtained Plaintiff's approval in writing, and Defendants will not permit others to do any of said acts without first having obtained Plaintiff's approval in writing, except that the landowner may construct a single driveway that crosses the permanent right of way perpendicularly after providing reasonable notice to Plaintiff provided that Defendants do not excavate or change the grade of the permanent right of way during construction of said driveway. Plaintiff shall have the right to cut the driveway if necessary to access the pipeline, but will restore the driveway to its original condition. Within the permanent right of way, Plaintiff shall also have the right from time to time at no additional cost to Defendants to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto.

2. Temporary easements of 0.48 acres, as described as "Area of Temporary Workspace" and "Area of Additional Temporary Workspace" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all activities required by the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014).

(b) Constitution shall post a bond in the amount of __$26,000.00__ as security for the payment of just compensation to Defendants.

(c) Constitution shall record this Order in the County Clerk's Office of Delaware County, New York.

SO ORDERED

Norman A. Mordue, U.S.D.J.

# EXHIBIT A


N
R/W
STATE HIGHWAY 8
GTE COMMUNICATION EASEMENT (784/97)
MARK E. ARCHAMBAULT
L.L. NO. NY-DE-006.000
TAX PARCEL ID #
160.-1-10
50' WIDE PERMANENT EASEMENT
℄ PROPOSED 30" NATURAL GAS PIPELINE
DELCHENANGO ROD and GUN CLUB, INC.
L.L. NO. NY-DE-005.000
CO RD 4
LOGAN M. MCDUFFEY
L.L. NO. NY-DE-007.000
NOTES:
1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.
2. LENGTH OF PIPELINE . . . . . . . . 538.12'
AREA OF PERMANENT RIGHT OF WAY . . . . . . 0.62 AC.
AREA OF TEMPORARY WORKSPACE . . . . . . 0.33 AC.
AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . 0.15 AC.
3. ROADS
WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER THAN INTERSTATE HIGHWAYS.
THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST ON THE GROUND AS OF THE SURVEY.
NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.
DATE: 7/17/14
0
200
400
600
SCALE IN FEET
DRAWING NO.
26-03-70/0001-53
REFERENCE TITLE
ALIGNMENT SHEET
CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MARK E. ARCHAMBAULT
TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK
CONSTITUTION PIPELINE
NO. DATE BY REVISION DESCRIPTION W.O. NO. CHK. APP.
A 04-07-14 GIE ISSUED FOR CONDEMNATION APPROVAL 1110415
B 05-14-14 GIE REVISED WS - ISSUED FOR CONDEMNATION APPROVAL 1110415
C 06-11-14 GIE REVISED - ISSUED FOR CONDEMNATION APPROVAL 1110415
0 07-08-14 GIE APPROVED 1110415
1 07-09-14 GIE APPROVED 1110415
DRAWN BY: GIE DATE: 08-20-13
CHECKED BY: JC DATE: 09-12-13
APPROVED BY: DPS DATE: 07-07-14
WO: 1110415
ISSUED FOR BID:
ISSUED FOR CONSTRUCTION:
DRAWING NUMBER: 26-06-85/51.63-1-1
SCALE: 1"=200'
SHEET 1 OF 5



GTE COMMUNICATION EASEMENT (784/97)
STATE HIGHWAY 8
N
MARK E. ARCHAMBAULT
L.L. NO. NY-DE-006.000
TAX PARCEL ID #
160.-1-10
CO RD 4
LOGAN M. MCDUFFEY
L.L. NO. NY-DE-007.000
50' WIDE PERMANENT EASEMENT
25'
℄ PROPOSED 30" NATURAL GAS PIPELINE
P.O.B. OF 50' WIDE PERMANENT EASEMENT
CONNECTING COURSE N 29°46'44" W-222.28'
50'
25' & 50' WIDE TEMPORARY WORKSPACE
50'x135' ADDITIONAL TEMPORARY WORKSPACE
N 04°36'39" E 140.99'
R/W
DELCHENENGO ROD and GUN CLUB, INC.
L.L. NO. NY-DE-005.000
POINT OF COMMENCEMENT
NOTES:
1. BEARINGS SHOWN ARE BASED ON NAD 83, UTM ZONE 18N.
2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . . 538.12'
AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . . . 0.62 AC.
AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . . . 0.33 AC.
AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . 0.15 AC.
3. ROADS
WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN OTHER THAN INTERSTATE HIGHWAYS.
THE INFORMATION SHOWN ON THIS DRAWING IS FROM FIELD SURVEY PERFORMED BY CONSTITUTION PIPELINE COMPANY, LLC FOR THE SOLE PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION AND REPRESENTS THE CONDITIONS AS THEY EXIST ON THE GROUND AS OF THE SURVEY.
STATE OF NEW YORK
DONALD PHILIP SCHEL
050820
LICENSED LAND SURVEYOR
7/17/14
NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.
DATE:
0 100 200 300
SCALE IN FEET
DRAWING NO.
26-03-70/0001-53
REFERENCE TITLE
ALIGNMENT SHEET
CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MARK E. ARCHAMBAULT
TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK
CONSTITUTION PIPELINE
NO. DATE BY REVISION DESCRIPTION W.O. NO. CHK. APP.
A 04-07-14 GIE ISSUED FOR CONDEMNATION APPROVAL 1110415
B 05-14-14 GIE REVISED WS – ISSUED FOR CONDEMNATION APPROVAL 1110415
C 06-11-14 GIE REVISED – ISSUED FOR CONDEMNATION APPROVAL 1110415
0 07-08-14 GIE APPROVED 1110415
1 07-09-14 GIE APPROVED 1110415
DRAWN BY: GIE DATE: 08-20-13
CHECKED BY: JC DATE: 09-12-13
APPROVED BY: DPS DATE: 07-07-14
WO: 1110415
ISSUED FOR BID:
ISSUED FOR CONSTRUCTION:
SCALE: 1"=100'
DRAWING NUMBER 26-06-85/51.63-2-1
SHEET 2 OF 5

## ℄ PROPOSED 30" NATURAL GAS PIPELINE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 1–2 | S 87°39'13" E | 538.12' |

## 50' WIDE PERMANENT EASEMENT

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 3–4 | N 01°34'13" E | 50.00' |
| 4–5 | S 87°39'13" E | 535.39' |
| 5–6 | S 04°52'53" E | 50.40' |
| 6–3 | N 87°39'13" W | 541.06' |

## 50' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 7–8 | S 87°39'13" E | 401.72' |
| 8–9 | S 05°05'46" E | 50.42' |
| 9–10 | N 87°39'13" W | 122.01' |
| 10–11 | N 02°20'47" E | 25.00' |
| 11–12 | N 87°39'13" W | 84.91' |
| 12–13 | S 02°20'47" W | 25.00' |
| 13–14 | N 87°39'13" W | 65.60' |
| 14–15 | N 02°20'47" E | 25.00' |
| 15–16 | N 87°39'13" W | 135.14' |
| 16–7 | N 01°29'11" E | 25.00' |

## 50'x135' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 16–15 | S 87°39'13" E | 135.35' |
| 15–17 | S 02°20'47" W | 50.00' |
| 17–18 | N 87°39'13" W | 134.60' |
| 18–16 | N 01°29'11" E | 50.01' |

STATE OF NEW YORK — DONALD PHILIP SCHEL — 050820 — LICENSED LAND SURVEYOR

DATE: 7/17/14

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-53 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MARK E. ARCHAMBAULT
TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK




| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| A | 04-07-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| B | 05-14-14 | GIE | REVISED WS – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| C | 06-11-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 0 | 07-08-14 | GIE | APPROVED | 1110415 | | |
| 1 | 07-09-14 | GIE | APPROVED | 1110415 | | |

| | | | |
|---|---|---|---|
| DRAWN BY: GIE | DATE: 08-20-13 | ISSUED FOR BID: | SCALE: NONE |
| CHECKED BY: JC | DATE: 08-12-13 | ISSUED FOR CONSTRUCTION: | |
| APPROVED BY: DPS | DATE: 07-07-14 | DRAWING NUMBER: 26-06-85/51.63-3-1 | SHEET 3 OF 5 |
| WO: 1110415 | | | |

8:50:22 AM 7/9/2014
H:_ldm\1574\100 – Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-006.000-3_C.DWG

DESCRIPTION FOR THE PROPOSED 50' WIDE PERMANENT EASEMENT
ACROSS PROPERTY OF
MARK E. ARCHAMBAULT
TAX PARCEL ID # 160.-1-10
DEED BOOK 691, PAGE 294
LOCATED IN TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK

Commencing at a point in the South boundary line of the aforementioned parcel, said point being the Southwest corner and Point of Commencement; thence N 29°46'44" W a distance of 222.28' feet to a point in the centerline of State Highway 8, said point being the Point of Beginning;

Thence along said centerline of State Highway 8, N 01°34'13" E a distance of 50.00 feet to a point;

Thence, S 87°39'13" E a distance of 535.39 feet to a point located in the division line between lands of Logan M. McDuffey to the East and lands of Mark E. Archambault to the West;

Thence along said division line, S 04°52'53" E a distance of 50.40 feet to a point;

Thence through the lands of Mark E. Archambault, N 87°39'13" W a distance of 541.06 feet to the Point of Beginning containing 0.62 acre.

All this is more fully shown on Drawing No. 26-06-85/51.63-1 thru 5 entitled "Constitution Pipeline Company, LLC – Property of Mark E. Archambault – Located in Town of Masonville, – Delaware County, New York" dated July 09, 2014.

DESCRIPTION FOR THE PROPOSED 25' & 50' WIDE TEMPORARY WORKSPACE

Beginning at a point in the East right-of-way line of State Highway 8 located S 87°39'13" E a distance of 115.38 feet from the said Point of Beginning for the Proposed 50' Permanent Wide Easement;

Thence, S 87°39'13" E a distance of 401.72 feet to a point located in the West right-of-way line of County Road 4;

Thence along said West right-of-way line, S 05°05'46" E a distance of 50.42 feet to a point;

Thence through the lands of Mark E. Archambault, N 87°39'13" W a distance of 122.01 feet to a point;

Thence, N 02°20'47" E a distance of 25.00 feet to a point;
Thence, N 87°39'13" W a distance of 84.91 feet to a point;
Thence, S 02°20'47" W a distance of 25.00 feet to a point;
Thence, N 87°39'13" W a distance of 65.60 feet to a point;
Thence, N 02°20'47" E a distance of 25.00 feet to a point;
Thence, N 87°39'13" W a distance of 135.35 feet to a point in said East right-of-way line of State Highway 8;

Thence along said East right-of-way line, N 01°29'11" E a distance of 25.00 feet to a Point of Beginning containing 0.33 acre.

STATE OF NEW YORK — DONALD P. SCHEL — LICENSED LAND SURVEYOR — 050820

DATE: 7/17/14

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-53 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MARK E. ARCHAMBAULT
TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK




| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| A | 04-07-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| B | 05-14-14 | GIE | REVISED WS – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| C | 06-11-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 0 | 07-08-14 | GIE | APPROVED | 1110415 | | |
| 1 | 07-09-14 | GIE | APPROVED | 1110415 | | |

| | | | |
|---|---|---|---|
| DRAWN BY: GIE | DATE: 08-20-13 | ISSUED FOR BID: | SCALE: NONE |
| CHECKED BY: JC | DATE: 09-12-13 | ISSUED FOR CONSTRUCTION: | |
| APPROVED BY: DPS | DATE: 07-07-14 | DRAWING NUMBER: 26-06-85/51.63-4-1 | SHEET 4 OF 5 |
| WO: 1110415 | | | |

9:46:58 AM 7/8/2014
N:_ldm\1874\100 – Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-008.000-4_C.dwg

DESCRIPTION FOR THE PROPOSED 50' x 135' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point in the East right-of-way line of State Highway 8 located S 75°27'58" E a distance of 118.42 feet from the said Point of Beginning for the Proposed 50' Wide Permanent Easement;

Thence, S 87°39'13" E a distance of 135.35 feet to a point;
Thence, S 02°20'47" W a distance of 50.00 feet to a point;
Thence, N 87°39'13" W a distance of 134.60 feet to a point in said East right-of-way line of State Highway 8;
Thence along said East right of way line, N 01°29'11" E a distance of 50.01 feet to a Point of Beginning containing 0.15 acre.




DATE: 7/17/14

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-53 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
MARK E. ARCHAMBAULT
TOWN OF MASONVILLE
DELAWARE COUNTY, NEW YORK

CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| A | 04-07-14 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| B | 05-14-14 | GIE | REVISED WS - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| C | 06-11-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 0 | 07-08-14 | GIE | APPROVED | 1110415 | | |
| 1 | 07-09-14 | GIE | APPROVED | 1110415 | | |

| | | | |
|---|---|---|---|
| DRAWN BY: GIE | DATE: 08-20-13 | ISSUED FOR BID: | SCALE: NONE |
| CHECKED BY: JC | DATE: 09-12-13 | ISSUED FOR CONSTRUCTION: | |
| APPROVED BY: DPS | DATE: 07-07-14 | DRAWING NUMBER: 26-06-85/51.63-5-1 | SHEET 5 OF 5 |
| WO: 1110415 | | | |

9:48:30 AM 7/9/2014
N:_tdm\1874\100 - Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-006.000-5_C.DWG